| | |
|---|---|
| UNITED STATES BANKRUPTCY COURT<br>DISTRICT OF NEW JERSEY<br><br>In Re:<br><br>Patricia L. Allen | Case No.: 16-13647<br><br>Chapter: 13<br><br>Judge: ABA |

# NOTICE OF FAILURE TO FILE SUPPLEMENTAL DOCUMENTS CONCERNING SCHEDULES

TO: Andrew G. Greenberg, Esq.

This will confirm that on __July 12, 2016__ the following document(s) was filed by you.

☒ Amendment to Schedule(s) __A/B and C__,

☐ Missing Documents, including Schedule(s) _____,

This will further confirm that the court has not received the following supplemental documents:

☒ A Declaration About an Individual Debtor's Schedules

☒ An updated Summary of Your Assets and Liabilities and Certain Statistical Information if necessary

☐ Declaration Under Penalty of Perjury for Non-Individual Debtors

☐ An updated Summary of Assets and Liabilities for Non-Individuals if necessary

You are hereby notified that the document(s) indicated above must be filed within 7 days from the date of this notice.

Dated: July 12, 2016                    James J. Waldron, Clerk

*new.12.1.15*

United States Bankruptcy Court
District of New Jersey

In re:  
Patricia L. Allen  
    Debtor

Case No. 16-13647-ABA  
Chapter 13

## CERTIFICATE OF NOTICE

District/off: 0312-1    User: admin    Page 1 of 1    Date Rcvd: Jul 12, 2016  
                      Form ID: pdf903    Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jul 14, 2016.  
db         +Patricia L. Allen,   318 Lake Side Drive,   Swedesboro, NJ 08085-1586

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.  
NONE.                                                                                                  TOTAL: 0

        ***** BYPASSED RECIPIENTS *****  
NONE.                                                                                                  TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.  
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jul 14, 2016                                             Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on July 12, 2016 at the address(es) listed below:  
        Andrew G. Greenberg   on behalf of Debtor Patricia L. Allen a.greenberglawfirm@verizon.net  
        Denise E. Carlon   on behalf of Creditor    BANK OF AMERICA, N.A. dcarlon@kmllawgroup.com, dcarlon@zuckergoldberg.com  
        Isabel C. Balboa   on behalf of Trustee Isabel C. Balboa ecfmail@standingtrustee.com, summarymail@standingtrustee.com  
        Isabel C. Balboa    ecfmail@standingtrustee.com,   summarymail@standingtrustee.com  
        Joshua I. Goldman   on behalf of Creditor    BANK OF AMERICA, N.A. jgoldman@kmllawgroup.com, bkgroup@kmllawgroup.com  
                                                                                                                TOTAL: 5