UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

**Caption in Compliance with D.N.J. LBR 9004-1(b)**

Andrew G. Greenberg, Esq.
4400 Route 9 South
Suite 1000
Freehold, NJ 07728
(732) 294-7880
Attorney for Debtor

In Re:

Patricia L. Allen

Case No.:      16-13647

Judge:      Altenburg

Chapter:      13

# CHAPTER 13 DEBTOR'S CERTIFICATION IN OPPOSITION

The debtor in this case opposes the following **(choose one)**:

1.    ☐ Motion for Relief from the Automatic Stay filed by _____ , creditor,

   A hearing has been scheduled for _____, at _____.

   ☐ Motion to Dismiss filed by the Chapter 13 Trustee.

   A hearing has been scheduled for _____, at _____.

   ☒ Certification of Default filed by    Standing Trustee   ,

   I am requesting a hearing be scheduled on this matter.

2.    I oppose the above matter for the following reasons **(choose one)**:

   ☐ Payments have been made in the amount of $ _____, but have not been accounted for. Documentation in support is attached.

☒ Payments have not been made for the following reasons and debtor proposes repayment as follows **(explain your answer)**:
Debtor can resume payments in September, 2019 and is requesting that the arrears be capitalized into the remainder of the Plan.

☐ Other **(explain your answer)**:

3. This certification is being made in an effort to resolve the issues raised in the certification of default or motion.

4. I certify under penalty of perjury that the above is true.

Date: 8/27/2019                                                    /s/ Patricia L. Allen
                                                                              Debtor's Signature

Date: _____                         _____
                                                                              Debtor's Signature

**NOTES:**

1. Under D.N.J. LBR 4001-1(b)(1), this form must be filed with the court and served on the Chapter 13 Trustee and creditor, if applicable not later than 7 days before the date of the hearing if filed in opposition to a Motion for Relief from the Automatic Stay or Chapter 13 Trustee's Motion to Dismiss.

2. Under D.N.J. 4001-1 (b)(2), this form must be filed with the court and served on the Chapter 13 Trustee and creditor, if applicable not later than 14 days after the filing of a Certification of Default.

*rev.8/1/15*