Form 173 – hrggeneral

## UNITED STATES BANKRUPTCY COURT

District of New Jersey
401 Market Street
Camden, NJ 08102

                        Case No.: 16–13647–ABA
                        Chapter:  13
                        Judge:  Andrew B. Altenburg Jr.

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
   Patricia L. Allen
   318 Lake Side Drive
   Swedesboro, NJ 08085

Social Security No.:
   xxx–xx–8401

Employer's Tax I.D. No.:

---

### NOTICE OF HEARING

    NOTICE IS HEREBY GIVEN that a hearing in said cause shall be held before the Honorable Andrew B. Altenburg Jr. on

Date:               September 20, 2019
Time:              09:00 AM
Location:        Courtroom 4B, Mitchell H. Cohen Courthouse, 1 John F. Gerry Plaza, 400 Cooper Street, Camden, NJ 08101–2067

to consider and act upon the following:

*72* – Certification in Opposition to Certification of Default of Standing Trustee (related document:71 Certification of Default of Standing Trustee. re: Debtors failure to make plan payments Report. Filed by Isabel C. Balboa. Objection deadline is 08/27/2019. (Attachments: # 1 Certification # 2 Proposed Order # 3 Certificate of Service) filed by Trustee Isabel C. Balboa) filed by Andrew G. Greenberg on behalf of Patricia L. Allen. (Greenberg, Andrew)

and transact such other business as may properly come before the meeting.

Dated: August 27, 2019
JAN: lgr

                                                                                        Jeanne Naughton
                                                                                        Clerk