UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

**Caption in Compliance with D.N.J. LBR 9004-1(b)**

Andrew G. Greenberg, Esq.
4400 Route 9 South
Suite 1000
Freehold, NJ 07728
(72) 294-7880
Attorney for Debtor

In Re:

Patricia L. Allen

Case No.:     16-13647

Judge:     Altenburg

Chapter:     13

## CHAPTER 13 DEBTOR'S CERTIFICATION IN OPPOSITION

The debtor in this case opposes the following **(choose one)**:

1. ☐ Motion for Relief from the Automatic Stay filed by _____ , creditor,

    A hearing has been scheduled for _____, at _____.

    ☐ Motion to Dismiss filed by the Chapter 13 Trustee.

    A hearing has been scheduled for _____, at _____.

    ☒ Certification of Default filed by _____ Bank of America _____ ,

    I am requesting a hearing be scheduled on this matter.

2. I oppose the above matter for the following reasons **(choose one)**:

    ☒ Payments have been made in the amount of $ _____ $7,381.13 _____, but have not been accounted for. Documentation in support is attached. Through September, 2019 $7,383.86 was due. As a result, the delinquency is $2.73. The October, 2019 payment along with the arrears of $2.73 will be made by October 31, 2019. The payments were mailed to Bank of America's attorney.

☐ Payments have not been made for the following reasons and debtor proposes repayment as follows (**explain your answer**):

☐ Other (**explain your answer**):

3. This certification is being made in an effort to resolve the issues raised in the certification of default or motion.

4. I certify under penalty of perjury that the above is true.

Date: 10/24/2019                                          /s/ Patricia L. Allen
                                                                      Debtor's Signature

Date: _____               _____
                                                                      Debtor's Signature

**NOTES:**

1. Under D.N.J. LBR 4001-1(b)(1), this form must be filed with the court and served on the Chapter 13 Trustee and creditor, if applicable not later than 7 days before the date of the hearing if filed in opposition to a Motion for Relief from the Automatic Stay or Chapter 13 Trustee's Motion to Dismiss.

2. Under D.N.J. 4001-1 (b)(2), this form must be filed with the court and served on the Chapter 13 Trustee and creditor, if applicable not later than 14 days after the filing of a Certification of Default.

*rev.8/1/15*



006581744
$4,902.00

2nt of 2 pages
Patricia Allen
318 Lakeside Dr
Swedesboro NJ 08085
(2)



006581744
Patricia Allen
318 Lakeside Drive
Sweedesboro NJ 08085

**USPS Customer's Receipt 1**
Pay to: Bank of America
Patricia Allen
006581744
2019-10-18  080962  $239.13  16
Serial: 26136891090

**USPS Customer's Receipt 2**
Pay to: Bank of America
Patricia Allen
006581744
2019-10-18  080962  $1,000.00  16
Serial: 26136891088

**USPS Customer's Receipt 3**
Pay to: Patricia Allen / Bank of America
006581744
2019-09-10  080850  $1,000.00  9
Serial: 26005911715

**USPS Customer's Receipt 4**
Pay to: Patricia Allen / Bank of America
006581744
2019-09-10  080850  $260.00  9
Serial: 26005911726