Form 173 – hrggeneral

# UNITED STATES BANKRUPTCY COURT

District of New Jersey
401 Market Street
Camden, NJ 08102

Case No.: 16–13647–ABA
Chapter: 13
Judge: Andrew B. Altenburg Jr.

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
Patricia L. Allen
318 Lake Side Drive
Swedesboro, NJ 08085

Social Security No.:
xxx–xx–8401

Employer's Tax I.D. No.:

## NOTICE OF HEARING

NOTICE IS HEREBY GIVEN that a hearing in said cause shall be held before the Honorable Andrew B. Altenburg Jr. on

Date:             November 19, 2019
Time:             10:00 AM
Location:         Courtroom 4B, Mitchell H. Cohen Courthouse, 1 John F. Gerry Plaza, 400 Cooper Street, Camden, NJ 08101–2067

to consider and act upon the following:

*82* – Certification in Opposition to (related document:81 Creditor's Certification of Default (related document:69 Order (Generic)) filed by Denise E. Carlon on behalf of BANK OF AMERICA, N.A.. Objection deadline is 10/24/2019. (Attachments: # 1 Exhibit A # 2 Exhibit B # 3 Proposed Order # 4 Certificate of Service) filed by Creditor BANK OF AMERICA, N.A.) filed by Andrew G. Greenberg on behalf of Patricia L. Allen. (Greenberg, Andrew)

and transact such other business as may properly come before the meeting.


Dated: October 25, 2019
JAN: lgr

                                                           Jeanne Naughton
                                                           Clerk